UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.                                                      CIVIL NO. 2:05cv2591-M1/P

ETHAN L. WILLIS, et al
Defendant.

## NOTICE AND ORDER OF DISMISSAL

By signature of counsel below, the United States has given notice for the dismissal of this case pursuant to F.R.C.P. 41(a)(1)(I). The defendant Ethan L. Willis, has not been served, has not filed an answer and has not filed a motion for summary judgment. Certified mail to the defendant has been returned unclaimed.

It is accordingly ORDERED that this action is hereby dismissed.

Jon P. McCalla
United States District Judge

Date: 1/6/06

Approved for Entry by:
Lawrence J. Laurenzi
Acting United States Attorney

Monica M. Simmons (BPR 018892)
Assistant U. S. Attorney
200 Jefferson, Suite 811
Memphis, TN 38103
(901) 544-4010